JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY GANT EL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00816-FLA (JDE)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT this action is DISMISSED with prejudice.

Dated: July 1, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　United States District Judge